IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KENDRICK R. MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> MADIA WEST; and STEVE NICOLOU, <br><br> Defendants. | CIVIL ACTION NO.: 6:16-cv-118 |

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 6), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint **without prejudice** for abuse of judicial process, **DIRECTS** the Clerk of Court to **CLOSE** this case, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 24th day of October, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA